JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JFELD LLC,<br>　　　　Plaintiff,<br><br>　　　　v.<br><br>BLANKET LOVERS, et al.,<br>　　　　Defendants. | CV 20-8804 DSF (PLAx)<br><br>JUDGMENT |

　　　　The Court having granted Plaintiff JFeld, LLC's motion for default judgment against Defendants Blanket Lovers and Bedding Lovers,

　　　　IT IS ORDERED AND ADJUDGED that Plaintiff is awarded $75,368.88 in damages and $4,614.76 in attorneys' fees for a total judgment of $79,983.64.  Plaintiff may recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

　　　　IT IS FURTHER ORDERED AND ADJUDGED that Defendants, their parents, subsidiaries, related entities, affiliated companies, divisions, officers, owners, shareholders, employees, affiliates, servants, representatives, agents, predecessors, assigns and successors in interest of any kind, and all persons, firms, entities, or corporations under their direction and control or in active concert or participation with them (Defendants' Related Entities), are immediately and permanently enjoined throughout the world from:

　　1. directly or indirectly infringing Plaintiff's BLUE OCTOBER Trademark or any marks similar thereto, more fully described in the First Amended Complaint, in any manner, including generally, but not limited to manufacturing, distributing,

advertising, offering for sale, and/or selling any merchandise that infringes said trademark and specifically:

   a. manufacturing, distributing, offering for sale, and/or selling any unauthorized products that picture, reproduce, or utilize the likenesses of or that copy or are likely to cause consumer confusion with Plaintiff's BLUE OCTOBER Trademark, band members, and album covers;

   b. manufacturing, distributing, offering for sale, and/or selling any unauthorized promotional materials, labels, packaging or containers that picture, reproduce, or utilize the likenesses of, or that are likely to cause consumer confusion with Plaintiff's BLUE OCTOBER Trademark, band members, and album covers;

   c. using Plaintiff's BLUE OCTOBER Trademark or any such reproduction, counterfeit, copy, or colorable imitation in connection with the manufacture, distribution, advertising, offering for sale, and/or selling any products;

   d. using any trademark, trade name, logo or design that falsely represents that, or is likely to confuse, mislead, or deceive purchasers, Defendants' and Defendants' Related Entities' customers, or members of the public that unauthorized merchandise manufactured, distributed, advertised, offered for sale, and/or sold by Defendants and Defendants' Related Entities' originate from Plaintiff, or that said merchandise has been sponsored, approved, or licensed by or associated with Plaintiff or is in some way connected or affiliated with Plaintiff;

   e. engaging in any conduct that is likely to confuse, mislead, or deceive purchasers, Defendants' and

Defendants' Related Entities' customers and/or members of the public or that is likely to falsely represent that the actions of Defendants or Defendants themselves are connected with Plaintiff, are sponsored, approved, or licensed by Plaintiff, or are in any way affiliated with Plaintiff;

f. affixing, applying, annexing or using in connection with the manufacture, distribution, advertisement, offer for sale, and/or sale or other use of any goods or services, a false description or representation, including words or symbols, tending to falsely describe or represent such goods as being those of Plaintiff;

g. infringing Plaintiff's BLUE OCTOBER Trademark and damaging Plaintiff's goodwill, reputation, and business;

h. effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth in subparagraphs (a)-(h) above.

Date: May 25, 2021

_____
Dale S. Fischer
United States District Judge